IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHARON FOWLER,

    Plaintiff,

vs.                               CASE NO. 5:10cv149/RS-EMT

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 6). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Motion To Dismiss Complaint (Doc. 5) is **granted**. This case is dismissed.

3. The clerk is directed to close the file.

**ORDERED** on September 7, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**